IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 3 0 2002

ROBERT D, DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF C
BY_____DEPU

| | |
|---|---|
| GOLD & APPEL TRANSFER, S.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. CIV-01-1269-C |
| | ) |
| CLARENCE E. JOHNSON, et al., | ) |
| | ) |
| Defendants. | ) |

DOCKETED

### J U D G M E N T

Upon consideration of the pleadings herein, the Court finds that Plaintiff's Motion for Default Judgment is granted, and IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:  The 15,544 shares and any other transfers of stock issued by Defendants are hereby cancelled as void.  Plaintiff is granted judgment in the amount of Five Million Dollars and no/100 ($5,000,000) in actual damages.  The Court further finds that because of the willful, malicious, and fraudulent conduct of Defendants Johnson and Heyer, punitive damages in the amount of Five Million Dollars and no/100 ($5,000,000.00) is warranted, but not as to DTI International.  Defendant Johnson is enjoined from representing himself to be connected with DTI Oklahoma and International, from directing company activities, and from interfering with company equipment or bank accounts held in the name of the company.  Finally, Plaintiff is reinstated as 100% owner of DTI Oklahoma and declaratory judgment is entered on behalf of Plaintiff declaring it owner of all assets in DTI International.

24

DATED this _____30th_____ day of September, 2002.

ROBIN J. CAUTHRON
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED ON JUDGMENT DOCKET ON

SEP 3 0 2002

2